PD-0597-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/6/2015 11:32:10 AM
Accepted 10/6/2015 12:37:09 PM
ABEL ACOSTA
CLERK

# COURT OF CRIMINAL APPEALS

FILED IN
COURT OF CRIMINAL APPEALS

October 6, 2015

ABEL ACOSTA, CLERK

## PD-0597-15

## *Bernard Winfield Shortt, Appellant,*
## *v.*
## *State of Texas, Appellee.*

**On Discretionary Review from No. 05-13-01639-CR**
**Fifth Court of Appeals**

**On Appeal from No. F07-00193**
**194th Judicial District Court, Dallas County**

# Motion to Extend Time to File Appellant's Brief

**Michael Mowla**
**P.O. Box 868**
**Cedar Hill, TX 75106**
**Phone: 972-795-2401**
**Fax: 972-692-6636**
**michael@mowlalaw.com**
**Texas Bar No. 24048680**
**Attorney for Appellant**

1

**To the Honorable Judges of the Court of Criminal Appeals:**

Appellant files this motion to extend time to file the Appellant's Brief:

1.     On May 12, 2015, in *Shortt v. State*, 05-13-01639-CR (Tex. App. Dallas, May 12, 2015), the Court of Appeals dismissed Appellant's appeal, claiming lack of jurisdiction.

2.     On June 30, 2015, Appellant filed the petition for discretionary review.

3.     On September 16, 2015, this Court granted the petition for discretionary review.

4.     The Appellant's Opening Brief is due on **October 16, 2015**.

5.     For good cause, Appellant asks for an extension of **15 days** to file the Appellant's Brief, i.e., until **October 31, 2015**.

6.     No previous extension to file the Appellant's Brief has been filed.

7.     Appellant relies on the following facts as good cause for the requested extension:  Attorney for Appellant just completed an appellant's brief in *Gresham v. Fischer*,  15-50642, filed in the Fifth Circuit.

8.     Further, Attorney for Appellant has the following briefs, petitions for discretionary review, or other pleadings due soon:


- *Von Tungeln v. State*, PD-1016-15, petition for discretionary review due in the Court of Criminal Appeals, October 8, 2015.

2

- *Geiger v. State*, 08-15-00213, appellant's brief due in the Eighth Court of Appeals, October 21, 2015

- *Brenes v. State*, 06-15-00108, appellant's brief due in the Sixth Court of Appeals, October 30, 2015

- *Estrada v. Healey*, 15-20475, appellant's brief due in the Fifth Circuit Court of Appeals, November 2, 2015

9. In addition, Mowla has been working on two complex death penalty habeas corpus cases - *Ex parte Thomas*, F86-85539, in the 194th Judicial District Court, and *Green v. Director*, 3:15-cv-02197-M-BH, in the Northern District of Texas.

10. Finally, Mowla continues work on several habeas cases involving the underlying issue in *Miller v. Alabama*, 132 S.Ct. 2455 (2012).

11. This Motion is not filed for purposes of delay, but so that justice may be served.

Appellant prays that this Motion for Extension of Time to File Appellant's Brief be granted.

Respectfully submitted,

Michael Mowla
P.O. Box 868
Cedar Hill, TX 75106
Phone: 972-795-2401
Fax: 972-692-6636
michael@mowlalaw.com
Texas Bar No. 24048680
Attorney for Appellant

3

**/s/ Michael Mowla**
By: Michael Mowla

### Certificate of Service

This certifies that on October 6, 2015, a copy of this document was served on Lori Ordiway and Lisa Smith of the Dallas County District Attorney's Office, Appellate Division, 133 N. Riverfront Boulevard, Dallas, Texas 75207 by email to lori.ordiway@dallascounty.org, lisa.smith@dallascounty.org, and DCDAAppeals@dallascounty.org; on Marissa Elmore at marisa.elmore@dallascounty.org; and on Lisa McMinn, the State Prosecuting Attorney, by email to Lisa.McMinn@spa.texas.gov, and John Messinger, Assistant State Prosecuting Attorney, by email to john.messinger@spa.state.tx.us. *See* Tex. Rule App. Proc. 9.5 (2015) and Tex. Rule App. Proc. 68.11 (2015).

**/s/ Michael Mowla**
By: Michael Mowla